UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEAN PATRICK PALMER,<br><br>Defendant | Criminal No. 24cr10132<br><br>Violation:<br><br>Count One: Damaging a Building by Means of Fire and an Explosive<br>(18 U.S.C. § 844(i)) |

INDICTMENT

Count One
Damaging a Building by Means of Fire and an Explosive
(18 U.S.C. § 844(i))

The Grand Jury charges:

On or about April 8, 2024, at Salem, in the District of Massachusetts, the defendant,

SEAN PATRICK PALMER,

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and an explosive, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, to wit: the Satanic Temple located at 64 Bridge Street in Salem, Massachusetts.

All in violation of Title 18, United States Code, Section 844(i).

1

A TRUE BILL

_Karus Peatedemos_
FOREPERSON

_/s/ Jason A. Casey_
JASON A. CASEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: May __9__, 2024
Returned into the District Court by the Grand Jurors and filed.

_KQ_   05/09/2024
DEPUTY CLERK