UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SEAN PALMER, )<br>)<br>Defendant. ) | Docket No. 24-cr-10132-IT |

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(a)

The United States of America and the defendant, through counsel, hereby submit this joint memorandum addressing Local Rule 116.5(a). Discovery is proceeding to the satisfaction of all parties, and the defendant is reviewing the material produced. As a result, the government and the defendant request that the initial status conference scheduled for July 30, 2024, be cancelled and an interim status conference date established in approximately 45 days.

**I.      Local Rule 116.5(a)(1)**

On July 11, 2024, the government produced automatic discovery as required by Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, as well as discovery beyond that required by these rules. There are presently no pending discovery requests.

**II.     Local Rule 116.5(a)(2)**

The government will provide discovery in response to any future request(s) according to the local rules and pursuant to the Federal Criminal Rules of Criminal Procedure, including any supplemental discovery if any additional materials are obtained.

**III.    Local Rule 116.5(a)(3)**

The defendant needs additional time to review the government's automatic discovery

before determining whether it will be necessary to file a request for additional materials.

IV.     **Local Rule 116.5(a)(4)**

The parties have not requested a protective order for discovery in this case.

V.      **Local Rule 116.5(a)(5)**

The parties agree that it is too early to set a motion schedule under Fed. R. Crim. P. 12(b).

VI.     **Local Rule 116.5(a)(6)**

The parties have yet to agree on an appropriate schedule for expert disclosures. The parties intend to propose a schedule prior to the Final Status Conference.

VII.    **Local Rule 116.5(a)(7)**

The government and the defendant agree that the period from the defendant's arraignment upon the indictment through July 30, 2024, the date set for the initial status conference, was properly excluded by this Court's order on excludable delay. [D.16]. The government and the defendant further agree that the time period between July 30, 2024, and the next status conference should be excluded because the parties have been and are using the period of the continuance to complete review of discovery. Therefore, the parties request that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

VIII.   **Local Rule 116.5(a)(8)**

The government and the defendant request that an interim status conference date be established approximately 45 days in the future.

[intentionally blank]

Respectfully submitted,

| | |
|---|---|
| SEAN PALMER, | JOSHUA S. LEVY, |
| Defendant | Acting United States Attorney |
| | |
| */s/ Sandra Gant* | */s/ Jason A. Casey* |
| Sandra Gant | Jason A. Casey |
| Assistant Federal Public Defender | Assistant U.S. Attorney |
| Federal Public Defender Office | United States Attorney's Office |
| 51 Sleeper Street, 5th Floor | 1 Courthouse Way, Suite 9200 |
| Boston, MA 02210 | Boston, MA 02210 |

Dated: July 24, 2024

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

                                                        */s/ Jason A. Casey*
                                                        Jason A. Casey
                                                        Assistant U.S. Attorney