UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Docket No. 24-cr-10132-IT |
| SEAN PALMER, | ) |
| | ) |
| Defendant. | ) |

**THIRD INTERIM STATUS REPORT**

The United States of America and the defendant, through counsel, hereby submit this interim status report. An Interim Status Conference is currently scheduled for December 12, 2024, at 10:30 a.m. For the reasons set forth below, the parties request that this status conference be cancelled, and that a Final Status Conference be scheduled in approximately forty-five days.

Assistant Federal Public Defender Brendan Kelley entered his appearance on behalf of the defendant on October 22, 2024. Attorney Kelley continues to review discovery and consider whether to file dispositive motions. Meanwhile, the parties are actively engaged in plea discussions. Additional time is needed complete those discussions. To the extent the Court wishes to set a deadline for the filing of disposition motions, the parties propose that such motions be filed on or before the date established by the Court for the Final Status Conference.[1]

The parties agree that the time between December 12, 2024, and the Final Status Conference should be excluded because the parties have been and are using the period of the continuance to review of discovery and discuss a potential resolution of this matter. Therefore, the parties request that this Court find that the ends of justice served by excluding the period of

---

[1] In its September 13, 2024, Docket Order (ECF No. 22), the Court indicated that the defendant "shall state at the next status conference whether he intends to file any Rule 12(b) motions and the court will establish filing deadlines as appropriate."

this continuance outweighs the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

The parties request that a Final Status Conference date be established approximately 45 days in the future.

Respectfully submitted,

| | |
|---|---|
| SEAN PALMER, | JOSHUA S. LEVY |
| Defendant | United States Attorney |
| | |
| s/ *Brendan Kelley* | s/ *Jason A. Casey* |
| Brendan Kelley | Jason A. Casey |
| Assistant Federal Public Defender | Assistant United States Attorney |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

s/ *Jason A. Casey*
Jason A. Casey
Assistant United States Attorney

Dated:   December 5, 2024