UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) DOCKET NO. 24-CR-10132-IT
)
SEAN PALMER )

**SENTENCING MEMORANDUM ON BEHALF OF SEAN PALMER**

*Exhibit A*

Letters in Support

*Linda Evans*

Perkins, OK 74059

Honorable Indira Talwani
One Courthouse Way
Boston, MA 02210

Dear Judge,

I am writing this letter of support for my son, Sean Patrick Palmer. I hope I can help you know him a little better. I guess I probably know him better than anyone else. Of course, I'm his mom so I'm probably a little prejudiced.

Sean has always had a passion for nature and animals. We lived on a creek when he was a pre-schooler and we would take long walks and bring home frogs and toads and tadpoles that hatched. He became fascinated with snakes when he was in kindergarten and some friends of ours owned a pet store. He attended Oklahoma State University where he majored in zoology. For some reason I've never known, he quit in the second semester of his junior year. I think it was perhaps too much pressure. It was getting pretty intense academically.

Sean has always held a job. He has worked primarily in the restaurant business. He has worked as a waiter, bartender and sous chef. He is an excellent cook!

Sean is a very gentle and compassionate person. One incident that I think shows that is when he was in Mexico with us as a family he saw a boy about his age (10 years) begging on the street. It really bothered him and he gave the child all the spending money we had given him. That's pretty typical of him. He frequently dated people that needed "saving" even in high school.

Sean has had some very hard knocks in life. He has a learning disability which made school difficult for him despite an above average IQ. (His father, sister and I all have Ph.D.s) His father is alcoholic and was often difficult to live with before our divorce. Sean fell in love with a girl and they became engaged. Their child was stillborn. This tore them apart and they went their separate ways. Finally, in his 40's, he fell in love again and married. His wife did not love him and married him on advice of her attorney during a custody proceeding.

When Bethany started divorce proceedings, Sean had a psychotic break. He began having religious delusions and eventually hallucinations. He had had previous mental health issues and been hospitalized several times previously but this is the most severe that it ever was. I finally got him to agree to go to Grand Mental Health Clinic. They are VERY slow in their intake process and it was several weeks before he saw their psychiatrist for medication. I am a psychologist and taught psychopharmacology at Oklahoma State University for 14 years. I felt he was on the wrong medicine because there was no antipsychotic. However, before we could get an accurate diagnosis and appropriate medication from Grand, Sean committed the offense that he's charged with. We just ran out of time.

I hope this lets you know my son better. He is definitely not your typical felon. If you read his letter to the Satanic Temple, you will see he assured no one would be injured and urged them repeatedly to repent as he was and is very concerned about their souls. He knows and admits he made a mistake and will never do anything like that again. We had hoped (and prayed) that he would be discharged with time served. He is stable on his medications and his mental health support team is still available. He also has strong family support and housing available.

Thank you for your consideration. Please feel free to contact me if you have any questions.

Sincerely,

*Lynda Evans*

Linda Palmer Evans

MAY 19 2025

Dr. Rebecca E. Morales
Broken Arrow, OK 74011

May 13, 2025

Honorable Indira Talwani
One Courthouse Way
Boston, MA 02210

Dear Judge Talwani,

My name is Rebecca Morales, and I am writing to share my perspective on my younger brother, Sean Palmer. I have known Sean my entire life—we grew up together—and I've had the privilege of watching him grow into a man who, despite challenges, deeply values family and environmental conservation.

Sean and I have always been close. I have so many memories of us just laughing together. As siblings, we've relied on each other often, not just during the milestones of life, but also during the hardest moments. I can think of countless times when Sean has shown up without hesitation. One moment that stands out is when my daughter was a victim of a violent crime. It was a traumatic event for all of us. In the middle of his own grief, Sean rearranged his personal schedule for days to attend the trial every day as a supportive presence. It meant so much to all of us. That's the kind of person Sean is—someone who acts out of love and loyalty, even when he's hurting too.

Looking ahead, I just want to be clear that Sean is not alone. I will continue to be there for him—emotionally, practically, and in any other way he needs. Our family remains a solid source of support, and we are committed to helping him find stability and purpose moving forward.

Thank you for taking the time to read this letter and consider what I've shared. I hope it helps provide a fuller picture of who Sean is—not just in this moment, but as a person with value to those who know and love him.

With appreciation,

*[signature]*

Dr. Rebecca E. Morales